NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID KISSI,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5025

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-347, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

**ORDER**

David Kissi moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 0 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: David Kissi
    Dawn E. Goodman, Esq.

s24

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 1 2012

JAN HORBALY
CLERK